| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JEVONTE L. GREEN, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:22-CV-570
§
UNKNOWN DEFENDANT, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Jevonte L. Green, an inmate confined at USP Beaumont, proceeding *pro se*, filed this *Bivens*-type action[1] against an unknown defendant. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On February 3, 2023, the magistrate judge entered a Report and Recommendation (#8) in which he recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1]    *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#8) is **ADOPTED**.  This case is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**Signed this date**
**Apr 5, 2023**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE